

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin
Civil Division

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 JUL -2  P 12: 45
CLERK OF COURT

| | |
|---|---|
| D. Bryce Davis | Case No. **20-C-0999** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| Twitter Inc. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | D. Bryce Davis |
| Street Address | 3338 West Ranch Rd. |
| City and County | Mequon, Ozaukee County |
| State and Zip Code | Wisconsin, 53092 |
| Telephone Number | 262-202-6454 |
| E-mail Address | feminist.justice@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Twitter Inc. |
| Job or Title *(if known)* | Social Media Company |
| Street Address | 1355 Market St. Ste. 900 |
| City and County | San Francisco |
| State and Zip Code | San Francisco, CA 94103 |
| Telephone Number | 1-415-222-9670 |
| E-mail Address *(if known)* | www.Twitter.com (Company Website) |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 03/20/2018 , at *(place)* Front Desk Lobby at HQ of Twitter (2018) ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The Defendant failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstance. The Plaintiff has good reason to believe that a fake Twitter account was created under his name, of which may be connected to the (preventable) Marines United Scandal, which also grossly mirrors the Police Social Media Scandal that The Plainview Project relatively recently exposed. The Plaintiff is deeply concerned that individuals may have been cyberbullied for years and wants to ensure that however many victims there may be, all receive the legitimate truth, justice, and closure that they all deserve.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

...genuine concerns caused years of emotional distress, unnecessary loss of wages, emotional harm to children, adversely impacted grades while attempting to earn a second graduate degree, loss of career opportunities, and distressed over the thought of potentially hundreds of individuals have senselessly suffered severe psychological trauma, while others may have seriously considered claiming their own life, (assuming of course), none have tragically committed the act already, for entirely preventable reasons.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff is modestly requesting for the immediate release of any and all related and unredacted information surrounding a possible Twitter account that may have been involved in any and all related Marines United Scandal activity since the inception of the preventable scandal, which can be currently, and or previously identified by using any combination of the Plaintiff's legal name (e.g. Darrell Bryce Davis). These documents include, but are not limited to, a complete and unredacted printout of all account(s) history of activity, photos, messaging, contacts, audios, videos, law enforcement/military/government related reports/documents, legal reports/documents and any other related material, within a week of a favourable decision for the Plaintiff. Although the Plaintiff wishes to impose a permanent self-ban on Twitter's platform forever; however, the Plaintiff wants Twitter to also develop an Online Help Center that provides a permanent public email address for both non-users and users to be able to file official complaints that is easily accessible 24/7, which always provides an automated receipt for every complaint submitted. Lastly, a program/roster should be developed for the public to be able to self-ban themselves, which would enable Twitter to be able to quickly identify any and all duplicate accounts of self-banned/company banned users, in order to help prevent potential impersonation attempts from ever re/occurring without a person's knowledge. A similar feature should also be created for current users as

## Requested Relief For Plaintiff against Defendant (e.g. Twitter Inc)

The Plaintiff is modestly requesting for the immediate release of any and all related and unredacted information surrounding a possible Twitter account that may have been involved in any and all related Marines United Scandal activity since the inception of the preventable scandal, which can be currently, and or previously identified by using any combination of the Plaintiff's legal name (e.g. Darrell Bryce Davis). These documents include, but are not limited to, a complete and unredacted printout of all account(s) history of activity, photos, messaging, contacts, audios, videos, law enforcement/military/government related reports/documents, legal reports/documents and any other related material, within a week of a favourable decision for the Plaintiff. Although the Plaintiff wishes to impose a permanent self-ban on Twitter's platform forever; however, the Plaintiff wants Twitter to also develop an Online Help Center that provides a permanent public email address for both non-users and users to be able to file official complaints that is easily accessible 24/7, which always provides an automated receipt for every complaint submitted. Lastly, a program/roster should be developed for the public to be able to self-ban themselves, which would enable Twitter to be able to quickly identify any and all duplicate accounts of self-banned/company banned users, in order to help prevent potential impersonation attempts from ever re/occurring without a person's knowledge. A similar feature should also be created for current users as well, in order to prevent duplicate accounts from appearing and causing harm to not only the individual being impersonated, but also to other users as well. This effort is merely to help make Twitter's platforms safer for both non-users and users, which will also hopefully lead to the prevention of duplicate accounts from potentially sprouting up without a person's knowledge.

*D.B.D.* (signature)